IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TWYLA JERMECIA TURNER                                                    PLAINTIFF

V.                                                          CAUSE NO.: 1:18-CV-99-SA-DAS

MISSISSIPPI REGION VII MENTAL HEALTH/
MENTAL RETARDATION COMISSION                                          DEFENDANT

FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on the motion of the parties *ore tenus* to dismiss Plaintiff's cause of action *with prejudice*, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims in this civil action shall be and the same are hereby dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 2nd day of April, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

*/s/ Karsunn Moore*
BURCHFIELD LAW FIRM, PLLC
Attorney for Plaintiff


*/s/Silas W. McCharen*
DANIEL COKER HORTON & BELL PLLC
Attorney for Defendant